The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　　　　Plaintiff,

　　v.

JORDAN ST. LOUIS,

　　　　　　　　　Defendant.

NO. 2:20-cr-00063-RAJ

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

The Court, being fully advised, and having considered the petitions of the United States Probation Office dated April 5, 2022 and June 21, 2022, hereby finds Jordan St. Louis to have committed violations 1, 2, 4, 5 and 6 alleged therein and modifies the conditions of his supervised release to add the following condition:

　　The defendant shall participate as directed in the Moral Reconation Therapy program approved by the United States Probation and Pretrial Services Office. The defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

///
///
///
///

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE - 1
United States v. St. Louis / 2:20-CR-00063-RAJ-001

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

This modification is intended to further the goals of supervised release set forth in 18 U.S.C. § 3583(d). All other conditions of supervised release previously imposed will remain in effect.

IT IS SO ORDERED.

DATED this 9th day of September, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE - 2
United States v. St. Louis / 2:20-CR-00063-RAJ-001

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970